# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

TIMOTHY NELSON,               )
)
)
     **Plaintiff,**             )
)
     **v.**                  )    **No. 4:05-CV-00685-SNL**
)
EDDIE SKILES, OTTIS HELMS,     )
ORPHA TEDFORD and LINDA MEADE,  )
)
     **Defendants.**           )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

     **IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

     **IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

     Dated this ___11th___ day of August, 2005.

_____

SENIOR UNITED STATES DISTRICT JUDGE